# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| DEBRA DEE, | |
| | Case No. 2:11-cv-00449-JD-PRC |
| Plaintiff, | |
| v. | |
| | **NOTICE OF SETTLEMENT** |
| PREMIERE CREDIT OF NORTH AMERICA, LLC, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated: July 26, 2012                                                            Respectfully submitted,

/s/ Marshall S. Meyers

Marshall S. Meyers
Weisberg & Meyers, LLC
5025 N. Central Ave, #602
Phoenix, AZ 85012

1

Email: MMeyers@AttorneysForConsumers.com
Telephone: (888) 595-9111 ext. 111
Facsimile: (866) 565-1327 Fax
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on July 26, 2012, I electronically filed the foregoing NOTICE OF SETTLEMENT with the clerk of the U.S. District Court, Northern District of Indiana, Hammond Division, using the electronic case filing system of the court. Notification of the foregoing was sent via the Court's ECF system on July 26, 2012 to:

Dean R. Brackenridge
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis IN 46244-0961

/s/ Marshall S. Meyers

Marshall S. Meyers
Weisberg & Meyers, LLC