IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DEBRA DEE, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:11-CV-449- JD-PRC |
| ) | |
| PREMIERE CREDIT OF NORTH AMERICA, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Debra Dee and defendant, Premiere Credit of North America, LLC, by their respective counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this lawsuit with prejudice, with each party bearing its own respective costs and expenses, including but not limited to attorneys' fees.

WEISBERG & MEYERS, LLC


By: /s/ *Marshall Meyers*
Marshall Meyers
Attorney for Plaintiff, Debra Dee

Marshall Meyers
Weisberg & Meyers, LLC
5025 North Central Avenue
Suite 602
Phoenix, AZ 85012
MMeyers@AttorneysForConsumers.com

FROST BROWN TODD LLC

By: */s/ Dean R. Brackenridge*
Dean R. Brackenridge, #18543-49
Attorneys for Defendant,
Premiere Credit of North America, LLC,

Dean R. Brackenridge
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
dbrackenridge@fbtlaw.com

1080795v1